**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 25-1393**

───────────

KEVIN RICE,

　　　　　Plaintiff - Appellant,

　　　　v.

WESTROCK CP, LLC, 240101339; DAVID B. SEWELL; VICKI LOSTETTER; JOSEPH HUTCHINTON; ALEX PEASE; DENISE R. SINGLETON; PETER ANDERSON; COLLEEN F. ARNOLD; TIMOTHY J. BERNLOHR; J. POWELL BROWN; GERRY O'HANLON; RAYMOND BELL; PATRICK KIVITS,

　　　　　Defendants - Appellees.

───────────

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Roderick Charles Young, District Judge.  (3:25-cv-00201-RCY)

───────────

Submitted:  August 21, 2025　　　　　　　Decided:  August 25, 2025

───────────

Before WILKINSON, HARRIS, and RICHARDSON, Circuit Judges.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Kevin Rice, Appellant Pro Se.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kevin Rice appeals the district court's order dismissing his amended complaint for lack of subject matter jurisdiction. We have reviewed the record and discern no reversible error. Accordingly, we affirm the district court's order. *Rice v. WestRock CP, LLC*, No. 3:25-cv-00201-RCY (E.D. Va. Apr. 2, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*